158 A.3d 85

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**John H. COHEN, Petitioner**

**No. 206 WAL 2016**

Supreme Court of Pennsylvania.

September 28, 2016

## ORDER

PER CURIAM

**AND NOW,** this 28th day of September, 2016, the Petition for Allowance of Appeal is **DENIED.**